UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BIBI NAZEEMA HUSAIN,

                Plaintiff,                        **ORDER**
                                                                **10-CV-1844 (KAM)(RML)**

              - against -

SMARTE CARTE, INC.,

                Defendant.
-----------------------------------------------------------X

**LEVY, United States Magistrate Judge:**

    Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The United States Marshals Service is directed to serve the summons and complaint upon the defendant without prepayment of fees.

    Enclosed is a copy of my individual rules. Both plaintiff and defendant are required to follow them, with one exception: *pro se* parties are automatically exempt from mandatory electronic filing. Parties represented by counsel in *pro se* cases must file all submissions electronically and mail the submission to the *pro se* litigant. Plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of plaintiff's current address means the Court will not know where to contact plaintiff and may result in dismissal of the case. For information regarding court procedures, plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665.

SO ORDERED.

                                                                     /S/

                                                                 ROBERT M. LEVY
Dated:         2010                                           United States Magistrate Judge
      Brooklyn, New York